UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN D. WELCH,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MINEV, *et al.*,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:19-cv-01064-GMN-BNW<br><br>**ORDER RE-SETTING INMATE EARLY MEDIATION** |

The Court previously issued an order establishing the requirements for the inmate early mediation in this case. ECF No. 34. That order continues to govern the inmate early mediation except as **MODIFIED** as follows:

- Due to unforeseen scheduling circumstances, the inmate early mediation will now commence at **8:30 a.m. on Friday, January 22, 2021**;

- Mediation statements must be submitted by **Friday, January 8, 2021**;

- If Plaintiff is incarcerated at a facility utilizing e-filing, Plaintiff shall request the law librarian scan his or her mediation brief, along with any exhibits, and email it to InmateMediationBrief@nvd.uscourts.gov. If Plaintiff is at a facility not utilizing e-filing, he or she shall mail the mediation brief in an envelope clearly marked "Confidential, Contains Mediation Statement" to: Office of the Clerk, Attn: Sharon Hardin, Inmate Mediation Department, 333 Las Vegas Boulevard, South, Las Vegas, Nevada 89101. The mediation brief must be received by the court **no later than 4:00 p.m., on Friday, January 8, 2021**;

- Defendants' counsel must scan the defense's mediation brief, along with any exhibits, and email it directly to the mediator **no later than 4:00 p.m. on Friday, January 8, 2021**;

- Defendants' counsel must coordinate with the mediator for a direct submission of their mediation statement;
- Defendants' counsel must email Sharon Hardin at Sharon_Hardin@nvd.uscourts.gov to provide the email addresses for each of the participants who will be appearing at the mediation for the defense **no later than 4:00 p.m. on Friday**; **January 8, 2021;**
- At a future date, Ms. Hardin will provide instructions for the defense to join the mediation by video; and
- Defendants' counsel must make the necessary arrangements for Plaintiff to appear by video conference and must coordinate with Ms. Hardin thereon.

**IT IS SO ORDERED.**

**DATED** October 29, 2020.

_____
BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

2