1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Kentrell D. Welch,

               Plaintiff,

      v.

Michael Minev, et al.,

               Defendants.

Case No. 2:19-cv-01064-GMN-BNW

**ORDER**

It has come to the Court's attention that Plaintiff, Kentrell D. Welch, continues to mail hard copies of his filings to the clerk's office in this case. However, Plaintiff has been advised several times of this Court's order requiring him to file all documents electronically through the prison library. *See* ECF Nos. 46, 50, 65, 68, 78, 80. If there is some reason why Plaintiff cannot file documents electronically through the prison library, he must submit an explanation to the Court by April 29, 2021 explaining why he cannot file documents electronically. If Plaintiff does not submit such an explanation, the Court will no longer accept hard copy filings from Plaintiff in violation of this Court's prior orders. *See* ECF Nos. 46, 50, 65, 68, 78, 80. Accordingly,

**IT IS ORDERED** that if Plaintiff cannot file documents electronically through the prison library, he must submit an explanation to the Court by April 29, 2021 explaining why he cannot file documents electronically.

**IT IS FURTHER ORDERED** that if Plaintiff does not submit an explanation to the Court by April 29, 2021 explaining why he cannot file documents electronically, the Clerk of Court shall no longer accept any hard copy filings in violation of the Court's prior orders. *See*

ECF Nos. 46, 50, 65, 68, 78, 80. Rather, the Clerk of Court will return Plaintiff's hard copy filings to Plaintiff without filing them on the docket in this case.

DATED: April 1, 2021

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE