# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Kentrell D. Welch,

       Plaintiff,

vs.

Michael Minev, et al.,

       Defendants.

Case No. 2:19-cv-01064-GMN-BNW

## NOTICE OF DETERMINATION OF ELIGIBILITY FOR PRO BONO REPRESENTATION AND REQUEST FOR EXTENSION OF TIME

The Pro Bono Project of Legal Aid Center of Southern Nevada, Inc. completed an eligibility screening for Plaintiff, KENTRELL D. WELCH, and he was found to be income eligible for pro bono representation. However, after contacting numerous attorneys, Legal Aid Center staff have been unsuccessful in locating an attorney willing to represent the Respondent Pro bono in this appeal.

Legal Aid Center of Southern Nevada, Inc. respectfully requests the Court extend the time for filing a Notice of Appearance by Pro Bono Counsel for 30 days, to November 7th, 2021.

DATED this 8th day of October, 2021.

### Order

The Court appreciates this update from the Legal Aid Center of Southern Nevada. However, the Court is unaware of any deadline for pro bono counsel to appear on behalf of Mr. Welch. As such, the Court will deny ECF No. 152.

LEGAL AID CENTER OF
SOUTHERN NEVADA, INC.

BY: /s/ Barbara E. Buckley
Barbara E. Buckley, Esq.

Nevada Bar No. 03918
725 E. Charleston Blvd
Las Vegas, NV 89104
Tel: (702) 386-1406

IT IS SO ORDERED
DATED: 11:34 am, October 18, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

1

## CERTIFICATE OF SERVICE

I hereby certify pursuant to NRAP 25(c), that on the 8th day of October, 2021, I caused service of a true and correct copy of the above and forgoing **NOTICE OF DETERMINATION OF ELIGIBILITY FOR PRO BONO REPRESENTATION AND REQUEST FOR EXTENSION OF TIME** pursuant to the United States District Court Electronic Filing System, and by first class United States mail, postage prepaid, Las Vegas, to the following:

Kentrell D. Welch, #1030777
Ely State Prison
P.O. Box 1989
Ely, NV 89301
**Appellant in pro person**

Adam Honey, Esq.
Nevada Bar No. 9588
Deputy Attorney General
5100 W. Sahara Avenue
Las Vegas, NV 89146
Attorneys of Defendants
Nevada Board of Prison Commissioners,
Christopher DeRicco and Connie Bisbee

Professor Anne Traum
Chair of Pro Bono Committee Appellate Section of State Bar of Nevada UNLV William S. Boyd School of Law 4505 S. Maryland Parkway, Box 451003 Las Vegas, Nevada 89154-1003
Kelly H. Dove, Esq.
Co-chair of Pro Bono Committee
Snell & Wilmer, LLP
3883 Howard Hughes Parkway, Ste. 1100 Las Vegas, Nevada 89169

/s/  Elizabeth Siravo

An employee of Legal Aid Center of Southern Nevada, Inc.