MR Kentrell WeLCH
ESP P.O. Box 1989
Ely, NV, 89301

UNITED STATES DISTRICT Court
In and For the DISTRICT of Nevada.

NAME, Kentrell WeLCH
1030777
Plaintiff(s),

Michael Miner et al.
-vs-
NAME,

Defendant(s).

CASE NO.

2:19-CV-01064 et al.

COMES NOW, _Plaintiff_ , in PRO PER and herein above respectfully

Moves this Honorable Court for a _Motion of Support For New Change of,_
_Address and past per cts order ECF NO 174_
_Per F.R.C.P 12, 13, / RIA 3-1)(28 U.S.Cg 636(C)(4))_

The above is made and based on the following Memorandum of Points and Authorities.
NRS 208.165; 28 US.Cg 1621, 1628, 1746-)
Dated This ___17___ dy of ___NOV___ 2021

1

Memorandum of points And Authorities

I.)

Plaintiff filed notice of address Change In full,
Compliance with Court rules LR IA 3-1; back,
June 18, 2020.) See (ECF No.66) see Appendix (A)

II.)
Court took review of Issue and Confirmed his,
present, Current address at ESP In Context to,
Same Issues June 2nd, 2021 at ECF No. 135.
See Appendix B

III.)
All Cases pursuant to This Southern U.S. District,
Court Was Specifically Notated on Filing,
Of ECF No 66) see Appendix A

IV.)
Plaintiff Submit(s) a "New Change of Address"
to Comply, and appease the Courts and Judge,
Brenda Wexler; Although With pertinent Court,
Review, this Issue Was easily Noted for Court,
Files, records. See ECF No.66.)

V.)
Plaintiff Submit(s) full record of Issue,
and Courts Past, prior Clarification and full,
Correction of Issue. See All Exhibits Attached.

VI.)                                                           Cont→)
Plaintiff Seeks that all Court Files be directed to,
him at ESP, With Simply First, last Name w/o Initials.)
                                                           Cont→

(2)

— LEGAL ARGUMENT —

MEMORANDUM OF POINTS AND AUTHORITIES

A.)
" Plaintiff asserts Judge Brenda Wexler attempts,
or proposed dismissal of case, Is In Favor,
of the defense and defts, constituting partiality,
facially unConst.l Per 28 U.S.C§636(c)(4) See ECF-
No 174.) See eg; Mullar[ley v.Borylum 323 F.supp 1218(S D.Ny 1970)

B.)
" Plaintiff assert(s) The Proposed dismissal seemingly,
appears to be Judicially, personally or Racially,
animused, In open, obvious discriminatory,
Invidious Intent In Violation of his 14th Amnarts,
per Nev Const.l art(s) and 42 U.S.C§ 1983, 1985(1)(2)(3).

C.)
" Plaintiff assert(s) That This Court, Judge Wexler Would,
be Competent and Would Re:view case files or records,
In Such Matter, before proposing Such adverse,
Judicial Matter, to avoid Mistakes or seemingly,
targeted, discriminative Partility type adjudications.

D.)
" Plaintiff Re:list(s) All Case No's 2:19.cv.01243; 2:19.cv-
00480; 2:19.cv.01064; 2:19.cv.01241; 2:19.cv.00-
193 Collective and Respectively.

E.)
" Plaintiff asserts That whether this Issue Is Simply,
Mis-Take, or Judicial failure, or personal or Racially,
animused, he Is UnAware; But It looks as civil rts,
Racially Motivated Violation.per. 2(42 U.S.C§ 2000(e)-5-c.) →

(3)

1) — Conclusion —

As the Defense and Chris Guy and A-Grofe,
Constituents continually do, pull obvious,
Bad Faith, underhanded, dilatory, contrary,
to the Interest of Justice Court and Judicial,
Acts against him, he only presents as things,
appear from his Incarcerated Perspective.

2.)
Plaintiff humbly prays this honorable,
Court accept new Change of address filing,
per LR IA 3-1.

3.)
Plaintiff humbly prays this Court update,
Its records, Files to reflect his present,
Address at CSP since May 19th, 2020.

## Order

The Court previously issued an order for Mr. Welch to update his address, as mail was returned as undeliverable. ECF No. 174. Mr. Welch responded by filing a notice with his address, which confirms that he remains at Ely State Prison. ECF No. 176. Mr. Welch also filed a motion at ECF No. 175 that asks the Court to accept his "updated" address and to only send Court filings to "Kentrell Welch" as opposed to "Kentrell D. Welch," the latter name being on the docket. Mr. Welch believes that including his middle initial in his name is causing Ely State Prison to return his mail. The Court has previously experienced this issue with Mr. Welch but was unaware whether this was the reason the last filing was returned as undeliverable or whether Mr. Welch had changed addresses. (Indeed, the Court believed he changed addresses.) In all events, IT IS ORDERED that ECF No. 175 is GRANTED to the extent it requests the Court to accept his updated address and to the extent it requests that court filings only be sent to "Kentrell Welch" as opposed to "Kentrell D. Welch." IT IS FURTHER ORDERED that the Clerk of Court update the docket to eliminate Mr. Welch's middle initial "D" so that this issue will hopefully not occur again.

**IT IS SO ORDERED**

**DATED:** 4:59 pm, November 18, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## AFFIRMATION

Pursuant to NRS 239b.030

The undersigned does hereby affirm that the preceding document, _Motion of_

_Support per New Change of address @ Appendixs/Exhibits._

(Title of Document)

Filed in case number: _2:19-CV- 01064_ .

☑ Document does not contain the social security number of any person

Or

☐ Document contains the social security number of a person as required by:

☐ A Specific state or federal law, to wit

Or

☐ For the administration of a public program

Or

☐ For an application for a federal or state grant

Or

☐ Confidential Family Court Information Sheet
(NRS 125.130, NRS 125.230, and NRS 125b.055)

DATE: _11 - 17. 2021_

_[signature]_

(Signature)

_Kentrell Welch_

(Print Name)

_Pro Se_

(Attorney for)

5

Appendix (?)

(A)  ECF NO 66.        ( 5 x pgs TOTAL )

( B)  ECF NO. 135

FILED
ENTERED

JUN 1 _ 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT

7              DISTRICT OF NEVADA

8                  --oo0oo--

9    *Kentrell D. Welch*                 )    Case No: *See New address.*
                    Plaintiff           )
10                                      )
                                        )    **NOTICE OF CHANGE OF ADDRESS**
11   vs                                 )
     *See: Case File(s)*                )
12   _____               )
                    Defendant (s)       )

13
14   TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT
     OF NEVADA.

15       Please be advised and enter into the records of the above

16   entitled case the following change of address:

17   NEW ADDRESS: *ESP P.O. Box 1989, Ely, NV, 89301*

18   *Case No's 2:19-cv-01243-APg-NJK 2:19-cv-01064-Gmn-BNW/2:19-cv-00480-*

19   *JAD-BNW / 2:19-CV-00193-RFB-VCF*

20   OLD ADDRESS: *NNCC P.O. Box 7000 Carson City, NV, 89702*

21   _____

22   _____

23   Please direct all further Court mail to the New Address herein

24   noticed.

25   Respectfully Submitted this _14th_ day of _June_ 20___
                                    (Jun)

26

27                              *Kentrell D. Welch*
                                       Plaintiff
28

**ESP_LawLibrary - Activity in Case 2:19-cv-00480-JAD-BNW Welch v. Minor et al Notice of Change of Address**

| | |
|---|---|
| **From:** | <cmecf@nvd.uscourts.gov> |
| **To:** | <cmecfhelpdesk@nvd.uscourts.gov> |
| **Date:** | 6/18/2020 4:12 PM |
| **Subject:** | Activity in Case 2:19-cv-00480-JAD-BNW Welch v. Minor et al Notice of Change of Address |

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States District Court

### District of Nevada

#### Notice of Electronic Filing

The following transaction was entered on 6/18/2020 at 4:10 PM PDT and filed on 6/18/2020
**Case Name:**      Welch v. Minor et al
**Case Number:**     2:19-cv-00480-JAD-BNW
**Filer:**          Kentrell D Welch
**Document Number:** 66

**Docket Text:**
**NOTICE of Change of Address by Plaintiff Kentrell D Welch. Address updated to: Ely State Prison, PO Box 1989, Ely, NV 89301. (MR)**

**2:19-cv-00480-JAD-BNW Notice has been electronically mailed to:**

Charles D Hopper      cdhopper@ag.nv.gov, dresch@ag.nv.gov, mpizzariello@ag.nv.gov, ylaster@ag.nv.gov

ESP Law Library      ESP_LawLibrary@doc.nv.gov

**2:19-cv-00480-JAD-BNW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/18/2020] [FileNumber=9799030-0
] [7a4fc7e53607a198e7e0f8b6040787fa2662106745365448d91438db10c51f7dbb6
942b2f8322a81aa4dea4e1e87f288bf5e8da32add7473e3ce5299fa766a64]]

**ESP_LawLibrary - Activity in Case 2:19-cv-00480-JAD-BNW Welch v. Minor et al Order on Motion**

| | |
|---|---|
| **From:** | <cmecf@nvd.uscourts.gov> |
| **To:** | <cmecfhelpdesk@nvd.uscourts.gov> |
| **Date:** | 6/2/2021 1:26 PM |
| **Subject:** | Activity in Case 2:19-cv-00480-JAD-BNW Welch v. Minor et al Order on Motion |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### District of Nevada

#### Notice of Electronic Filing

The following transaction was entered on 6/2/2021 at 1:25 PM PDT and filed on 6/2/2021

| | |
|---|---|
| **Case Name:** | Welch v. Minor et al |
| **Case Number:** | 2:19-cv-00480-JAD-BNW |
| **Filer:** | |
| **Document Number:** | 135(No document attached) |

*[handwritten: ART (3) const.1 green File Motion, Into record reply]*

**Docket Text:**
**MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Brenda Weksler on 6/2/2021.**

**Two recent orders of this court have been returned as undeliverable because plaintiff's "name and [inmate identification] number don't match." ECF Nos. [129] & [131]. Plaintiff's record name is "Kentrell D. Welch." The Court has confirmed that plaintiff's record identification number is correctly listed on the outgoing envelopes containing the returned filings. However, the Nevada Department of Corrections's database reflects that the record identification number belongs to "Kentrell Slim Welch." IT IS ORDERED that the Clerk of Court is kindly directed to resend ECF Nos. 118 & 126 to "Kentrell Welch." Plaintiff is instructed that he should consider filing a motion to update his record information, so that he continues to receive updates from the Court. IT IS FURTHER ORDERED that plaintiff's motion for inquiry re ECF Nos. [129] and [131] is granted in part and denied in part as set forth in this minute order.**

**(Copies have been distributed pursuant to the NEF - DCh)**

*[handwritten: (i- 3- 21) 9:30 a.m Boynton 5 ch·20]*

**2:19-cv-00480-JAD-BNW Notice has been electronically mailed to:**

ESP Law Library    ESP_LawLibrary@doc.nv.gov

Christopher Michael Guy    cguy@ag.nv.gov, cknight@ag.nv.gov, cmackerl@ag.nv.gov, mpizzariello@ag.nv.gov, sregalado@ag.nv.gov

**2:19-cv-00480-JAD-BNW Notice has been delivered by other means to:**

PAST ECF NO(S)

20 X

(18 X TOTAL)

(1) 75

(2) 170

(3) 173

(4) 176

(5) 129

(6) 131

(7) 134

(8) 135

(9) 150

(10) 174

| | |
|---|---|
| **From:** | cmecf@nvd.uscourts.gov |
| **To:** | cmecfhelpdesk@nvd.uscourts.gov |
| **Subject:** | Activity in Case 2:19-cv-01064-GMN-BNW Welch v. Minev et al Order on Motion |
| **Date:** | Monday, March 22, 2021 5:13:12 PM |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### District of Nevada

### Notice of Electronic Filing

The following transaction was entered on 3/22/2021 at 5:12 PM PDT and filed on 3/22/2021
**Case Name:**      Welch v. Minev et al
**Case Number:**    2:19-cv-01064-GMN-BNW
**Filer:**
**Document Number:** 75(No document attached)

**Docket Text:**
**MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Brenda Weksler on 3/22/2021.**

**At ECF No. [74] is a motion by plaintiff for copies of ECF Nos. [53] and [62]. On 3/16/2021 the Court directed the Clerk of Court to send plaintiff copies of those documents. ECF No. 73. The record shows that the Clerk of Court complied with this directive that same day. Plaintiff filed ECF No. [74] on 3/17/2021. Accordingly, it appears that at the time plaintiff made his motion, the documents at ECF Nos. [53] and [62] were already en route to him via the U.S. Mail. IT IS THEREFORE ORDERED that plaintiff's motion (ECF No. [74]) is DENIED as moot.**

**(Copies have been distributed pursuant to the NEF - DCh)**

**2:19-cv-01064-GMN-BNW Notice has been electronically mailed to:**

ESP Law Library    ESP_LawLibrary@doc.nv.gov

Christopher Michael Guy    cguy@ag.nv.gov, cknight@ag.nv.gov, cmackerl@ag.nv.gov, mpizzariello@ag.nv.gov, sregalado@ag.nv.gov

**2:19-cv-01064-GMN-BNW Notice has been delivered by other means to:**

1: 50 pm

**ESP_LawLibrary - Activity in Case 2:19-cv-00480-JAD-BNW Welch v. Minor et al Mail Returned**

| | |
|---|---|
| **From:** | <cmecf@nvd.uscourts.gov> |
| **To:** | <cmecfhelpdesk@nvd.uscourts.gov> |
| **Date:** | 5/21/2021 3:54 PM |
| **Subject:** | Activity in Case 2:19-cv-00480-JAD-BNW Welch v. Minor et al Mail Returned |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### District of Nevada

#### Notice of Electronic Filing

The following transaction was entered on 5/21/2021 at 3:53 PM PDT and filed on 5/21/2021

| | |
|---|---|
| **Case Name:** | Welch v. Minor et al |
| **Case Number:** | 2:19-cv-00480-JAD-BNW |
| **Filer:** | |
| **Document Number:** | 129 |

**Docket Text:**
**Mail Returned as "Name and Number Don't Match" re [118] Minute Order, addressed to Kentrell D Welch. No new inmate number available; Unable to remail. (MR)**

**2:19-cv-00480-JAD-BNW Notice has been electronically mailed to:**

ESP Law Library     ESP_LawLibrary@doc.nv.gov

Christopher Michael Guy     cguy@ag.nv.gov, cknight@ag.nv.gov, cmackerl@ag.nv.gov, mpizzariello@ag.nv.gov, sregalado@ag.nv.gov

**2:19-cv-00480-JAD-BNW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=5/21/2021] [FileNumber=10238655-0] [91f045c6970309135536312d97dff0107fa40c19dba1972f37d26383dd0cd3506e8 6997012be152b52d9919909280fa4cf0378b88ba3c726d9a4018dcf0e5cebe]]

RETURN TO SENDER

Reasons checked by ESP
___ Need inmate name
___ Need inmate number
_X_ Name and number don't match
___ Name and number illegible
___ Refused by inmate
___ Not at ESP
___ Unauthorized correspondence content

19 CV 480

Kentrell D Welch
1030777
Ely State Prison

c/o Thomas Said
that was his
Stamp & he re-mailed
Mail back to court.

6-1-21

I ran 5-A-21

MAY 21 2021

XRAYED US MARSHALS SERVICE

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. — RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

ESP_LawLibrary - Activity in Case 2:19-cv-00480-JAD-BNW Welch v. Minor et al Mail Returned

| | |
|---|---|
| **From:** | <cmecf@nvd.uscourts.gov> |
| **To:** | <cmecfhelpdesk@nvd.uscourts.gov> |
| **Date:** | 5/27/2021 3:22 PM |
| **Subject:** | Activity in Case 2:19-cv-00480-JAD-BNW Welch v. Minor et al Mail Returned |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States District Court

### District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 5/27/2021 at 3:21 PM PDT and filed on 5/27/2021

**Case Name:**         Welch v. Minor et al
**Case Number:**     2:19-cv-00480-JAD-BNW
**Filer:**
**Document Number:** 131

**Docket Text:**
**Mail Returned as Refused - "Name and Number Don't Match" re [126] Minute Order, addressed to Kentrell D Welch. No new inmate number available; Unable to remail. (MR)**

**2:19-cv-00480-JAD-BNW Notice has been electronically mailed to:**

ESP Law Library        ESP_LawLibrary@doc.nv.gov

Christopher Michael Guy        cguy@ag.nv.gov, cknight@ag.nv.gov, cmackerl@ag.nv.gov, mpizzariello@ag.nv.gov, sregalado@ag.nv.gov

**2:19-cv-00480-JAD-BNW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=5/27/2021] [FileNumber=10246088-0] [3aabae48eb1e65f5d7fa40d895deae207b2372912b6c94c986e725b8a6fc6253f9 fdbf16c4b6fac475da24f566ed5edf421a48a2d81e0c4168abb595fcdc99d6]]



CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. — RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

RETURN TO SENDER

Reasons checked by ESP

___ Need inmate name
___ Need inmate number
☒ Name and number don't match
___ Name and number illegible
___ Refused by inmate
___ Not at ESP
___ Unauthorized correspondence/contents

MAY 27 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

Dentrell D Welch
1026777

NIXIE          891    5C 1      2205/25/21

                              RETURN TO SENDER
                              REFUSED
                              UNABLE TO FORWARD

LAS VEGAS NV 890
19 MAY 2021PM

$ 000.65

5-A-2

**ESP_LawLibrary - Activity in Case 2:19-cv-00480-JAD-BNW Welch v. Minor et al Motion**

| | |
|---|---|
| **From:** | \<cmecf@nvd.uscourts.gov\> |
| **To:** | \<cmecfhelpdesk@nvd.uscourts.gov\> |
| **Date:** | 6/2/2021 11:01 AM |
| **Subject:** | Activity in Case 2:19-cv-00480-JAD-BNW Welch v. Minor et al Motion |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States District Court**

**District of Nevada**

**Notice of Electronic Filing**

The following transaction was entered on 6/2/2021 at 11:01 AM PDT and filed on 6/2/2021

**Case Name:** Welch v. Minor et al
**Case Number:** 2:19-cv-00480-JAD-BNW
**Filer:** Kentrell D Welch
**Document Number:** 134

**Docket Text:**
**MOTION of Inquiry re ECF Nos. [129] and [131] Mail Returns by Plaintiff Kentrell D Welch. Responses due by 6/16/2021. (AB)**

**2:19-cv-00480-JAD-BNW Notice has been electronically mailed to:**

ESP Law Library   ESP_LawLibrary@doc.nv.gov

Christopher Michael Guy   cguy@ag.nv.gov, cknight@ag.nv.gov, cmackerl@ag.nv.gov, mpizzariello@ag.nv.gov, sregalado@ag.nv.gov

**2:19-cv-00480-JAD-BNW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/2/2021] [FileNumber=10251461-0
] [d301dd4109b1a31e9970c7edad411299a8a3e2fb56a752de619002e55c9aeadf370
89bb6723b3785eadbeb2f38ef386084f21eba7cc19ae432a720acae2b8977]]

7 PM  5-A-20
Boynton

file:///C:/Users/madbrown/AppData/Local/Temp/FYPJ6B71.htm                    6/2/2021

MR Kentrell D WELCH
Esp P.o. Box 1989
Ely NV, 89301

United states district court

District of Nevada :

MR. Kentrell D WELCH
Name        1030-777
            Plaintiff
            -vs-
            Defendants
State Actor
Name Michael Minev etal.

Case NO
2:19.CV.00480.

Comes now, __plaintiff__, In pro per and herein above respectively

Moves This honorable court for a Ex parte Motion of Inquiry, per

ECF NO(s) 129, 131? LR IA 6-2; LR IA 7-1(b); 7-2(a)(b).

The above is made and based on the following Memorandum and
points and authorities, NRS 208.165; 28 U.S.C. g 1628; 1746.)

Dated This _____ day of _____ 2021

## United States District Court

### District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 6/2/2021 at 1:25 PM PDT and filed on 6/2/2021
**Case Name:**      Welch v. Minor et al
**Case Number:**    2:19-cv-00480-JAD-BNW
**Filer:**
**Document Number:** 135(No document attached)

**Docket Text:**
**MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Brenda Weksler on 6/2/2021.**

**Two recent orders of this court have been returned as undeliverable because plaintiff's "name and [inmate identification] number don't match." ECF Nos. [129] & [131]. Plaintiff's record name is "Kentrell D. Welch." The Court has confirmed that plaintiff's record identification number is correctly listed on the outgoing envelopes containing the returned filings. However, the Nevada Department of Corrections's database reflects that the record identification number belongs to "Kentrell Slim Welch." IT IS ORDERED that the Clerk of Court is kindly directed to resend ECF Nos. 118 & 126 to "Kentrell Welch." Plaintiff is instructed that he should consider filing a motion to update his record information, so that he continues to receive updates from the Court. IT IS FURTHER ORDERED that plaintiff's motion for inquiry re ECF Nos. [129] and [131] is granted in part and denied in part as set forth in this minute order.**

**(Copies have been distributed pursuant to the NEF - DCh)**

**2:19-cv-00480-JAD-BNW Notice has been electronically mailed to:**

ESP Law Library    ESP_LawLibrary@doc.nv.gov

Christopher Michael Guy    cguy@ag.nv.gov, cknight@ag.nv.gov, cmackerl@ag.nv.gov, mpizzariello@ag.nv.gov, sregalado@ag.nv.gov

**2:19-cv-00480-JAD-BNW Notice has been delivered by other means to:**

ESP_LawLibrary - Activity in Case 2:19-cv-01064-GMN-BNW Welch v. Minev et al Mail Returned

| | |
|---|---|
| **From:** | <cmecf@nvd.uscourts.gov> |
| **To:** | <cmecfhelpdesk@nvd.uscourts.gov> |
| **Date:** | 8/26/2021 2:15 PM |
| **Subject:** | Activity in Case 2:19-cv-01064-GMN-BNW Welch v. Minev et al Mail Returned |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

**District of Nevada**

**Notice of Electronic Filing**

The following transaction was entered on 8/26/2021 at 2:13 PM PDT and filed on 8/26/2021
**Case Name:**       Welch v. Minev et al
**Case Number:**       2:19-cv-01064-GMN-BNW
**Filer:**
**Document Number:** 150

**Docket Text:**
**Mail Returned as Undeliverable re [146] Minutes of Proceedings and Minute Orders addressed to Kentrell D. Welch. Envelope was marked "Name and Number don't match". A query of the inmate number on the enveloe was run on the NDOC website and the Plaintiff returned as result. Result attached. Document re-mailed this date. (Attachments: # (1) Inmate Search Results DOC website) (DRS)**

**2:19-cv-01064-GMN-BNW Notice has been electronically mailed to:**

ESP Law Library    ESP_LawLibrary@doc.nv.gov

Christopher Michael Guy    cguy@ag.nv.gov, cknight@ag.nv.gov, cmackerl@ag.nv.gov, mpizzariello@ag.nv.gov, sregalado@ag.nv.gov

**2:19-cv-01064-GMN-BNW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

8:31 Aw. 5-A20
Boynton    8-27th-2021

file:///C:/Users/srose/AppData/Local/Temp/XPgrpwise/6127A1F5DOC_DomainESP%20P...    8/26/2021



CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. - RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

Kentrell D Welch
1030777

-R-T-S-

850344217-1N

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

Unauthorized correspondence(00)
Not at ESP
Refused by inmate
Name and number illegible
Need inmate's number
Reasons checked by ESP return

RETURN TO SENDER

LAS VEGAS NV 890
15 AUG 2021 PM

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

FILED
ENTERED

AUG 26 2021
08/21

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____    DEPUTY

**ESP_LawLibrary - Activity in Case 2:19-cv-00480-JAD-BNW Welch v. Minor et al Mail Returned**

| | |
|---|---|
| **From:** | <cmecf@nvd.uscourts.gov> |
| **To:** | <cmecfhelpdesk@nvd.uscourts.gov> |
| **Date:** | 8/17/2021 2:31 PM |
| **Subject:** | Activity in Case 2:19-cv-00480-JAD-BNW Welch v. Minor et al Mail Returned |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States District Court

### District of Nevada

### Notice of Electronic Filing

The following transaction was entered on 8/17/2021 at 2:30 PM PDT and filed on 8/16/2021
**Case Name:**       Welch v. Minor et al
**Case Number:**    2:19-cv-00480-JAD-BNW
**Filer:**
**Document Number:** 170

**Docket Text:**
**Mail Returned as "Name and Number Don't Match" re [166] Minutes of Proceedings, addressed to Kentrell D Welch. No new inmate number available; Unable to remail. (MR)**

**2:19-cv-00480-JAD-BNW Notice has been electronically mailed to:**

ESP Law Library    ESP_LawLibrary@doc.nv.gov

Christopher Michael Guy    cguy@ag.nv.gov, cknight@ag.nv.gov, cmackerl@ag.nv.gov, mpizzariello@ag.nv.gov, sregalado@ag.nv.gov

**2:19-cv-00480-JAD-BNW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=8/17/2021] [FileNumber=10353005-0] [363fc12c9d846eb2b2d46dbb5aaa84a9375c0a792488f6b1c62d2cf91f9407079e 28461c488b10bc711914050a067359110eac724f457335f131f8873d332d01]]

11:22 am
Aug 18th 2021
5-A-20   Boynton.
Legal mail staff
Thomas said he wouldn't E-mail court
to correct prior issue

file:///C:/Users/srose/AppData/Local/Temp/XPgrpwise/611BC82EDOC_DomainESP%20...    8/17/2021



2:19-cv-00480-JAD-BNW Notice has been delivered by other means to:

**ESP_LawLibrary - Activity in Case 2:19-cv-01064-GMN-BNW Welch v. Minev et al Mail Returned**

| | |
|---|---|
| **From:** | <cmecf@nvd.uscourts.gov> |
| **To:** | <cmecfhelpdesk@nvd.uscourts.gov> |
| **Date:** | 11/15/2021 4:11 PM |
| **Subject:** | Activity in Case 2:19-cv-01064-GMN-BNW Welch v. Minev et al Mail Returned |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States District Court**

**District of Nevada**

**Notice of Electronic Filing**

The following transaction was entered on 11/15/2021 at 4:09 PM PST and filed on 11/15/2021
**Case Name:**      Welch v. Minev et al
**Case Number:**    2:19-cv-01064-GMN-BNW
**Filer:**
**Document Number:** 173

**Docket Text:**
**Mail Returned as Undeliverable re [162] Minute Order addressed to Kentrell D. Welch. (DRS)**

**2:19-cv-01064-GMN-BNW Notice has been electronically mailed to:**

Barbara Buckley    BBuckley@lacsn.org, DJacoby@lacsn.org

ESP Law Library    ESP_LawLibrary@doc.nv.gov

Christopher Michael Guy    cguy@ag.nv.gov, cknight@ag.nv.gov, cmackerl@ag.nv.gov, mpizzariello@ag.nv.gov, sregalado@ag.nv.gov, ssouthworth@ag.nv.gov

**2:19-cv-01064-GMN-BNW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

11-16-2021 1pm
J. Craine 7-B-5

XRAYED US MARSHALS SERVICE



Kendall D. Wells

11/10/21

-R-T-S-    893015005-1N

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



DISTRICT COURT
CT OF NEVADA
GE U.S. COURTHOUSE
S BLVD. SO. - RM 1334
GAS, NV 89101

CIAL BUSINESS



1
2
3            **UNITED STATES DISTRICT COURT**
4                **DISTRICT OF NEVADA**
5                      * * *
6   Kentrell D. Welch,                    Case No. 2:19-cv-01064-GMN-BNW
7              Plaintiff,
                                          **Order**
8        v.
9   Michael Minev, et al.,
10             Defendants.
11

12        The United States Postal Service was unable to deliver a recent filing in this case. *See*

13   ECF No. 173. Thus, it appears that Plaintiff is no longer at the address on file with the Court.

14   Under Local Rule IA 3-1,

15        An attorney or pro se party must immediately file with the court written notification
     of any change of mailing address, email address, telephone number, or facsimile
16   number. The notification must include proof of service on each opposing party or
     the party's attorney. Failure to comply with this rule may result in the dismissal of
17   the action, entry of default judgment, or other sanctions as deemed appropriate by
     the court.
18

19        Plaintiff must file a notice with his current address with the Court by December 16, 2021.

20   Failure to comply with this Order may result in a recommendation to the district judge that this

21   case be dismissed.

22        IT IS SO ORDERED.

23        DATED: November 16, 2021.

24
25                                          _____
                                            Brenda Weksler
26                                          United States Magistrate Judge
27
28

ESP_LawLibrary - Activity in Case 2:19-cv-01064-GMN-BNW Welch v. Minev et al Order

| | |
|---|---|
| **From:** | <cmecf@nvd.uscourts.gov> |
| **To:** | <cmecfhelpdesk@nvd.uscourts.gov> |
| **Date:** | 11/16/2021 11:45 AM |
| **Subject:** | Activity in Case 2:19-cv-01064-GMN-BNW Welch v. Minev et al Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

## United States District Court

### District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 11/16/2021 at 11:44 AM PST and filed on 11/16/2021
**Case Name:**       Welch v. Minev et al
**Case Number:**    2:19-cv-01064-GMN-BNW
**Filer:**
**Document Number:** 174

**Docket Text:**
**ORDER - Due to [173] Returned Mail, Plaintiff must file a notice with his current address with the Court by 12/16/2021. Failure to comply with this Order may result in a recommendation to the district judge that this case be dismissed. Signed by Magistrate Judge Brenda Weksler on 11/16/2021. (Copies have been distributed pursuant to the NEF - DRS)**

**2:19-cv-01064-GMN-BNW Notice has been electronically mailed to:**

Barbara Buckley       BBuckley@lacsn.org, DJacoby@lacsn.org

ESP Law Library       ESP_LawLibrary@doc.nv.gov

Christopher Michael Guy     cguy@ag.nv.gov, cknight@ag.nv.gov, cmackerl@ag.nv.gov, mpizzariello@ag.nv.gov, sregalado@ag.nv.gov, ssouthworth@ag.nv.gov

**2:19-cv-01064-GMN-BNW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=11/16/2021] [FileNumber=10469142
-0] [793107ebad1a075744c1aec7e950c2cbb77ff8cfb8a13775ab785819ba4704a23
3e510d4ec769db675a26c51c02d2aa6b9556d559c199015350a5008e1555568]]

*11-16-2021 S. Craine*
*7.8.5  1 pm*
*ESp.*

file:///C:/Users/scraine/AppData/Local/Temp/XPgrpwise/619399E3DOC_DomainESP%...    11/16/2021

**ESP_LawLibrary - Activity in Case 2:19-cv-00480-JAD-BNW Welch v. Minor et al Order on Motion**

| | |
|---|---|
| **From:** | <cmecf@nvd.uscourts.gov> |
| **To:** | <cmecfhelpdesk@nvd.uscourts.gov> |
| **Date:** | 8/20/2021 5:49 PM |
| **Subject:** | Activity in Case 2:19-cv-00480-JAD-BNW Welch v. Minor et al Order on Motion |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### District of Nevada

### Notice of Electronic Filing

The following transaction was entered on 8/20/2021 at 5:48 PM PDT and filed on 8/20/2021
**Case Name:** Welch v. Minor et al
**Case Number:** 2:19-cv-00480-JAD-BNW
**Filer:**
**Document Number:** 176(No document attached)

**Docket Text:**
**MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Brenda Weksler on 8/20/2021.**

**Three orders of this Court have been returned as undeliverable because plaintiff's "name and [inmate identification] number don't match." See ECF Nos. [129], [131], [170]. Plaintiff's record name is "Kentrell D. Welch". The Court has confirmed that plaintiff's record identification number is correctly listed on the outgoing envelopes containing the returned filings. However, the Nevada Department of Corrections's database reflects that the record identification number belongs to "Kentrell Slim Welch." In the Court's broad discretion to control its docket and to avoid continually encountering this issue, IT IS ORDERED that the Clerk of Court is to update the docket to reflect that plaintiff's name is "Kentrell Welch".**

**IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to resend ECF No. [166] to "Kentrell Welch".**

**IT IS FURTHER ORDERED that ECF No. [174] is DENIED as moot, as the Court is already**

8-24-2021  5)Rose  5-A20
3pm  c/o C raine

file:///C:/Users/srose/AppData/Local/Temp/XPgrpwise/611FEB17DOC_DomainESP%20...    8/23/2021