Justin V. Alper, Esq.
Nevada State Bar No. 12923C
3535 Executive Terminal Dr. #300
Henderson, Nevada 89052
(702) 361-2100
jalper.law@gmail.com
*Attorney for Plaintiff Kentrell D. Welch*
*In conjunction with Legal Aid Center of Southern Nevada Pro Bono Project*

# UNTIED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KENTRELL D. WELCH,

                Plaintiff,

vs.

MICHAEL MINEV, et.al.,

                Defendants.

Case No.: 2:19-cv-01064-GMN-BNW

**PLAINTIFF'S MOTION TO REMOVE ATTORNEY FROM SERVICE LIST**

Party Filing Statement:  ☒ Plaintiff/Petitioner  ☐ Defendant/Respondent

## STATEMENT

Plaintiff KENTRELL D. WELCH, by and through his attorney of record, Justin V. Alper, in conjunction with the LEGAL AID CENTER OF SOUTHERN NEVADA, INC., a nonprofit organization providing free legal assistance to indigents, hereby requests that Barbara Buckley and Debbie Jacoby be removed from the list of counsel to be notified of filings in this matter.

Dated: January 12, 2022

BARBARA BUCKLEY, ESQ.           /s/ Barbara E. Buckley, Esq.
Legal Aid Center of Southern Nevada Preparer    Signature of Legal Aid Center of Southern Nevada
Nevada Bar No.: 3918                      Preparer

Submitted by:

Justin V. Alper, Esq.
Nevada State Bar No. 12923C
3535 Executive Terminal Dr. #300
Henderson, Nevada 89052
(702) 361-2100
jalper.law@gmail.com
*Attorney for Plaintiff Kentrell D. Welch*
*In conjunction with Legal Aid Center of Southern Nevada Pro Bono Project*

## ORDER

**IT IS SO ORDERED**
**DATED:** 3:13 pm, January 13, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**